IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMY RENEE HICKS,<br><br>Defendant. | 4:24CR3059<br><br>**ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** |

      The defendant appeared before the Court on February 27, 2025 regarding the Amended Petition for Action on Conditions of Pretrial Release [134]. Kurt Leffler represented the defendant. Susan Lehr represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

      The government made an oral motion to dismiss the Petition for Action on Conditions of Pretrial Release [129]. The government's oral motion to dismiss the Petition for Action on Conditions of Pretrial Release [129] is granted without objection.

      The defendant entered an admission to violating the condition(s) of release. The Court took judicial notice of the petition and violation report. The court finds the defendant freely, knowingly, intelligently, and voluntarily admitted violating release condition(s) (n) and (x). The Court further finds there is clear and convincing evidence that a condition was violated. Therefore, the Court finds the defendant violated the Order Setting Conditions of Release [63].

      The government did not request an order of revocation and detention. The defendant requested to be released on present or amended conditions. After consideration of the report of Pretrial Services and the arguments of the parties, and affording the defendant an opportunity for allocution, the Court finds there are conditions or combination of conditions that will reasonably assure the defendant will not flee or will not pose a danger to any other person or the community, and the defendant is likely to abide by conditions of release. The defendant's request for release is granted. The Order Setting Conditions of Release [63] shall not be revoked and the defendant shall be released on the current terms and conditions of supervision with additional conditions:

    (i)    Participate in mental health counseling as deemed necessary by the Pretrial Services officer after an appropriate evaluation and recommendation for treatment by a mental health professional; sign authorization for the release of information to

Pretrial Services; and ☒ pay all or a portion of the treatment in an amount and on a schedule to be arranged by the supervising officer.

(ii)  Participate in one of the location monitoring program components marked below and abide by all requirements of the program, which will include electronic monitoring or other location verification system.

(x) Home Detention. You are restricted to your home at all times except for employment; education; religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, or other activities as pre-approved by the supervising officer.

(iii)  Submit to the following location monitoring technology and comply with its requirements as directed.

(x) Radio Frequency.

(iv)  Pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

(v)  Participate in at least 2 NA/AA meetings a week.

Defendant is ordered released after processing to Dylan Hicks and/or Kurt Leffler.

**IT IS SO ORDERED**.

Dated this 27th day of February, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge